UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| **CORNERSTONE CAPITAL BANK, SSB,** | § | **NOTICE OF REMOVAL** |
| | § | |
| *Plaintiff/Counter-Defendant,* | § | |
| | § | |
| | § | |
| | § | |
| **v.** | § | |
| | § | **CASE NO. _____** |
| **MANUEL VALDES,** | § | |
| | § | |
| *Defendant/Counter-Plaintiff.* | § | |
| | § | |
| **v.** | § | |
| | § | |
| **MARC LAIRD & ADAM LAIRD,** | § | **IN THE 11ᵗʰ DISTRICT COURT OF** |
| | § | **HARRIS COUNTY, TEXAS,** |
| *Third-Party Defendants.* | § | **CAUSE NO. 2023-01256** |

## NOTICE OF REMOVAL

Defendants Marc Laird and Adam Laird, through their undersigned counsel, submit this Notice of Removal of this matter to the United States District Court for the Southern District of Texas, pursuant to 28 U.S.C. §§ 1331, 1441, and 1446 and Local Rule 81.

1.      On September 7, 2023, Defendant/Counter-Plaintiff filed his First Amended Counterclaims and Original Third-Party Petition against Marc Laird and Adam Laird in the 11ᵗʰ Judicial District of Harris County, Texas.  The Original Third-Party Petition asserts various causes of actions based on federal discrimination and civil rights laws against Marc Laird and Adam Laird (as well as Counter-Defendant Cornerstone Capital Bank, SSB).

2.      Removal is proper because this suit involves federal question jurisdiction under 28 U.S.C. §1331, as this case is a civil action arising under the Constitution, laws, or treaties of the United States. Specifically, Valdes' claims against Marc Laird and Adam Laird are based on 42

U.S.C. § 3617. Valdes' claims against Counter-Defendant Cornerstone are Based on Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e et seq., the Civil Rights Act of 1991, 42 U.S.C. § 1981, and the Fair Housing Act, 42 U.S.C. § 3617

3.    To the extent Valdes asserts any state law causes of action, this Court has supplemental jurisdiction over such claims pursuant to 28 U.S.C. §§ 1367(a).

4.    Venue is proper in this district court under 28 U.S.C. Section 1441(a) because the state court where the suit is pending is located in this district.

5.    On Friday, September 8, 2023, Counsel for Valdes emailed counsel for Cornerstone requesting that such counsel, if they were to represent newly added Third-Party Defendants Marc Laird and Adam Laird, would accept service.  On September 12, 2023, undersigned counsel accepted service on behalf of Marc Laird and Adam Laird. Marc Laird and Adam Laird have filed this notice of removal within the 30-day time period required under 28 U.S.C. § 1445(b)(3).

6.    Copies of all pleadings, process, orders, and other filings in the state court action are attached to this notice as required by 28 U.S.C. Sections 1446(a) and 1447(b) and Local Rule 81 of the United States District Court for the Eastern District of Texas. Attached as Exhibit 1 are documents required under Local Rule 81.

7.    Marc Laird and Adam Laird will promptly file a copy of this notice and attachments in the state court. 28 U.S.C. § 1446(d).

8.    All Counter-Defendants (Cornerstone) and Third-Party Defendants (Marc Laird and Adam Laird) to any claims asserted by Valdes consent to removal.

9.    Valdes demanded a trial by jury in his First Amended Counterclaims and Original Third-Party Petition. Cornerstone, likewise, demanded a trial by Jury in its Original Petition against Valdes.

**CONCLUSION**

Marc Laird and Adam Laird hereby remove this case to the United States District Court

for the Southern District of Texas.

Dated: September 29, 2023

Respectfully Submitted,

**AHMAD, ZAVITSANOS & MENSING, PLLC**

*/s/ Kyle Poelker*
Joseph Y. Ahmad
State Bar No. 00941100
Kevin Leyendecker
Texas Bar No. 00784472
Kyle Poelker
Texas Bar No. 24109339
Emily Adler
Texas Bar No. 24121009
1221 McKinney, Suite 2500
Houston, Texas 77010
Telephone: (713) 655-1101
Facsimile: (713) 655-0062
ahmad@azalaw.com
kleyendecker@azalaw.com
kpoelker@azalaw.com
eadler@azalaw.com

**ATTORNEYS FOR PLAINTIFF/COUNTER-DEFENDANT CORNERSTONE CAPITAL BANK, SSB AND THIRD-PARTY DEFENDANTS MARC LAIRD AND ADAM LAIRD**

## CERTIFICATE OF SERVICE

I certify that on September 29, 2023, a true and correct copy of the foregoing document was served electronically on all known counsel of record via the CM/ECF system.

*/s/ Kyle Poelker*
Kyle A. Poelker